# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-31110

IN THE MATTER OF:  GRAND PALAIS
RIVERBOAT, INC., CRESCENT CITY
CAPITAL DEVELOPMENT CORP., and
CRESCENT CITY CAPITAL DEVELOPMENT
CORP.  LIQUIDATION TRUST,

Debtors,

GRAND PALAIS LITIGATION TRUST;
CRESCENT CITY LIQUIDATION TRUST,

Appellants,

versus

NEW ORLEANS 2000 PARTNERSHIP,

Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana

(97-CV-1241)

August 7, 1998

Before POLITZ, Chief Judge, WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR.

Grand Palais Litigation Trust and Crescent City Liquidation Trust appeal an adverse judgment of the district court affirming a judgment of the bankruptcy court. Having considered the briefs and oral arguments of counsel and pertinent parts of the record, and essentially for the reasons assigned by the district court, the judgment appealed is AFFIRMED.

---

R. 47.5.4.